**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CLIFFORD SCATES, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   No. 4:06CV1713 JCH |
| | ) |
| ALAN BLAKE, | ) |
| | ) |
|     Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Scates's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability.

Dated this 9th Day of February, 2007.

                                          /s/ Jean C. Hamilton
                                          UNITED STATES DISTRICT JUDGE